People v Jasmin (2026 NY Slip Op 00062)

People v Jasmin

2026 NY Slip Op 00062

Decided on January 08, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 08, 2026

Before: Moulton, J.P., González, Mendez, Rodriguez, Pitt-Burke, JJ. 

Ind No. 2327/17|Appeal No. 5533|Case No. 2018-04147|

[*1]The People of the State of New York, Respondent,
vJefferson Jasmin, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mimi Lei of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered June 20, 2018, convicting defendant, upon his plea of guilty plea, of criminal possession of a controlled substance in the fourth degree, and sentencing him to five years of probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 8, 2026